UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LAPORTE, DAVID P | ) | CASE NO. 08-18289-MB |
| | ) | |
| Debtor. | ) | Hon. Manuel Barbosa |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois 60134

    On: **April 30, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $11,500.98 |
    | Disbursements | $9.10 |
    | Net Cash Available for Distribution | $11,491.88 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | $0.00 | $1,900.10 | $0.00 |
| THOMAS E. SPRINGER<br>Attorney for Trustee | $0.00 | $1,881.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are: N/A

7.  Claims of general unsecured creditors totaling $113,962.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.77% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 1 | PYOD LLC ITS SUCCESSORS AS ASSIGNEE | $8,874.01 | $600.38 |
| 2 | PYOD LLC ITS SUCCESSORS AS ASSIGNEE | $684.84 | $46.33 |
| 3 | PYOD LLC ITS SUCCESSORS AS ASSIGNEE | $20,110.20 | $1,360.58 |
| 4 | DISCOVER BANK/DFS SERVICES LLC | $11,158.91 | $754.97 |
| 5 | CHASE BANK USA | $3,890.77 | $263.24 |
| 6 | CHASE BANK USA | $2,986.83 | $202.08 |
| 7 | CHASE BANK USA | $15,469.33 | $1,046.60 |
| 8 | US BANK NA | $19,236.25 | $1,301.45 |
| 9 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | $7,513.70 | $508.35 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | $5,980.43 | $404.61 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | $18,057.25 | $1,221.69 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

Dated: **April 8, 2009**                                    For the Court,

                                                            By:  **KENNETH S. GARDNER**
                                                                 Kenneth S. Gardner
                                                                 Clerk of the U.S. Bankruptcy Court
                                                                 219 S. Dearborn Street; 7th Floor
                                                                 Chicago, IL 60604

| | |
|---|---|
| Trustee: | Thomas E. Springer |
| Address: | 400 S. County Farm Road |
| | Suite 330 |
| | Wheaton, IL  60187 |
| Phone No.: | (630) 510-0000 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Apr 08, 2009
Case: 08-18289                 Form ID: pdf002              Total Served: 21

The following entities were served by first class mail on Apr 10, 2009.
db          +David P LaPorte,    3364 Blue Ridge Drive,    Carpentersville, IL 60110-3605
aty         +Stephen J Costello,    Costello & Costello,    19 N Western Ave Rt 31,
              Carpentersville, IL 60110-1730
aty         +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
tr          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
12417209     AT&T Universal Card,    P O Box 688917,    Des Moines, Ia 50368-8917
12417210     Bank of America,    P O Box 37291,    Baltimore, Md 21297-3291
12656234    +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
12417211     Chase,    P O Box 15153,    Wilmington, De 19886-5153
12417213     Chase Cardmember Services,    P O Box 15153,    Wilmington, De 19886-5153
12938702     FIA CARD SERVICES, NA/BANK OF AMERICA,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK 73124-8809
12417215     MBNA America,    P O Box 15026,    Wilmington, De 19850-5026
12613948     PYOD LLC its successors as assignee of,    Citibank,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
12613931     PYOD LLC its successors as assignee of,    Washington Mutual,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
12417216     Sam's Club - Discover,    P O Box 960013,    Orlando, Fl 32896-0013
12417217     Sears Gold Mastercard,    P O Box 183082,    Columbus, Oh 43218-3082
12417218    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:    U S Bank,    P O Box 790408,    St Louis, Mo. 63179-0408)
12674616    +US Bank NA,    Bankruptcy Department,    PO Box 5229,    Cincinnati, OH 45201-5229
12417219     WaMu,    P O Box 660487,    Dallas, Tx 75266-0487
The following entities were served by electronic transmission on Apr 09, 2009.
12417214     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2009 04:20:20     Discover,    P O Box 30395,
              Salt Lake City, Ut 84130-0395
12619853     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2009 04:20:20
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12921290    +E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2009 04:20:56
              Recovery Management Systems Corporation,    For GE Money Bank,    dba Sam's Club,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
12417212*    Chase,    P O Box 15153,    Wilmington, De 19886-5153
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2009**              **Signature:** _Joseph Speetjens_